# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the day of , two thousand and ,

Am. Fed. of Teachers v.
Goldstein

**STIPULATION**
Docket Number: 26-461

The undersigned counsel for the parties stipulate that the above-captioned case is withdrawn

with prejudice without costs and without attorneys' fees pursuant to FRAP 42(b).

Date: 2 March 2026

Attorney for Appellant

**Benjamin H. Torrance, USAO/SDNY**

Print Name and Firm

Date: 3/26/26

Attorney for Appellee

Elisabeth Oppenheimer, Bredhoff & Kaiser PLLC

Print Name and Firm